

# CHICAGO TITLE COMPANY

700 S. Flower Street, Suite 800, Los Angeles, CALIFORNIA 90017
(213)488-4300    Fax ( )  -

April 30, 2010

United States Bankruptcy Court
Central District of California
255 E. Temple Street
Suite 940
Los Angeles, CA 90012
Attn: Jon D. Ceretto, Clerk of Court

Re: Case No. 2:09-bk-13950-BR
    Judge Barry Russell
    Debtor: Title Guarantee Building Owner, LLC
    Escrow No. 51030720C-X55

Mr. Ceretto:

We have funds remaining in the above referrenced escrow which closed July 17, 2007 in the sum of $543.00. Our contact at Title Guarantee Building Owner has advised us to remit these funds to the Bankruptcy Court. Please advise as to how we can accomplish this at your earliest convenience. We can be reached at (213) 488-4300 or by email to leslie.lamunyan@ctt.com.

Sincerely,

Leslie La Munyan
Commercial Escrow Officer

1CLTR --08/23/96bk

4

United States Bankruptcy Court
Central District Of California

# Notice of Bankruptcy Case Filing

FILED
Electronically
02/23/2009
1:00 PM

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 02/23/2009 at 1:00 PM and filed on 02/23/2009.

**Title Guarantee Building Owner, LLC**
c/o Capri Capital Partners, LLC
875 North Michigan Avenue, Suite 3430
Chicago, IL 60611
Tax id: 20-1304524

The case was filed by the debtor's attorney:

**Ron Bender**
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067
310-229-1234

The case was assigned case number 2:09-bk-13950-BR to Judge Barry Russell.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

3/4/2009

https://ecf.cacb.circ9.dcn/cgi-bin/NoticeOfFiling.pl?1066395